## SUMMONS

### IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI
### CIVIL ACTION, FILE NO. _____

TO THE SHERIFF OF RANKIN COUNTY, MISSISSIPPI, GREETINGS:

COURTNEY MARIA BEAUVAIS                         PLAINTIFF

VERSUS                                         CAUSE NO. 2013- 21,514

WAL-MART STORES, INC.                           DEFENDANT

TO:    WAL-MART STORES, INC.
        C/O REGISTERED AGENT
        CT CORPORATION SYSTEM
        645 LAKELEND EAST DRIVE, SUITE 101
        FLOWOOD, MS 39232

### NOTICE TO RESPONDENT

THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

     You are required to mail or hand deliver a copy of a written response to the Complaint to **DONALD P. SIGALAS**, the attorney for the Plaintiff, whose address is 638 HOWARD AVENUE, BILOXI, MISSISSIPPI 39530. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

     You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

     ISSUED under my hand and seal of said Court this the 10 day of October, A.D., 2013.

JOE MARTIN, JR.,
Jackson County, County Clerk

BY: _____ D.C.

(SEAL)

CERTIFIED A TRUE COPY
Jackson County, Mississippi
Joe W. Martin, Jr., Circuit Clerk
This the 18 day of Nov. 2013
By _____ D.C.

EXHIBIT A

IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

COURTNEY MARIA BEAUVAIS            PLAINTIFF

VERSUS            CAUSE NO.: CO2013-21,514

WAL-MART STORES, INC.            DEFENDANT

FILED OCT 09 2013 JOE W. MARTIN, JR., CLERK

## COMPLAINT

COMES NOW the Plaintiff, by and through her attorney of record and files this her Complaint against the Defendant, and, for cause, would show unto the Court as follows, to wit:

I.

That the Plaintiff is an adult resident citizen of Jackson County, Mississippi.

II.

That the Defendant is a foreign corporation licensed to do business in the State of Mississippi.

III.

That on or about August 14, 2012, the Defendant caused the Plaintiff to be arrested at its Ocean Springs store for the crime of shoplifting.

IV.

That on October 10, 2012, the Plaintiff was found not guilty of the crime of shoplifting.

V.

That the Plaintiff contends that the actions of the Defendant constitute the following causes of action for the Plaintiff:

    A.     False Imprisonment

Page 1 of 2

CERTIFIED A TRUE COPY
Jackson County, Mississippi
Joe W. Martin, Jr., Circuit Clerk
This the 18 day of Nov 20 13
By _____ D.C.

B.  Slander

C.  Libel

D.  Malicious Prosecution

E.  Intentional Infliction of Emotional Distress

WHEREFORE PREIMISES CONSIDERED, the Plaintiff demands Judgment of and from the Defendant for a sum that exceeds the minimum monetary jurisdictional amount of this Court but not in excess of the maximum monetary jurisdictional amount together with a Judgment in favor of the Plaintiff for costs and expenses.

FURTHER, due to the Defendant's complete disregard of the Plaintiff's rights and the fats of the incident, the Plaintiff demands a Judgment for punitive damages and an award of attorney's fees.

Respectfully Submitted,

*Donald P. Sigalas*
DONALD P. SIGALAS
ATTORNEY FOR PLAINTIFF

Prepared By:
Donald P. Sigalas
Attorney at Law
638 Howard Avenue
Biloxi, MS 39530
Telephone: 228-432-1240
Facsimile: 228-432-0025
E-Mail Address: sigalas@bellsouth.net
MSB#6788

Page 2 of 2

CERTIFIED A TRUE COPY
Jackson County, Mississippi
Joe W. Martin, Jr., Circuit Clerk
This the 18 day of Nov 20 13
By _____ D.C.